UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF  INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLLINGS, ANNA MARIE | § | Case No. 13-04624 |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 04/30/2013 .   The undersigned trustee was appointed on  04/30/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $          3,412.71

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 322.94 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 2,999.77 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/17/2013  and the deadline for filing governmental claims was  10/28/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 853.18 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 853.18 , for a total compensation of $ 853.18 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 88.99 , for total expenses of $ 88.99 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 08/19/2014_____          By:_____ /s/ELLEN K. FUJAWA_____
                                                            ELLEN K. FUJAWA
                                                            Office of Ellen K. Fujawa
                                                            P.O. Box 668
                                                            Zionsville, IN 46077
                                                            Phone: (317) 203-3233
                                                            Fax:
                                                            Email: ellenfujawa@gmail.com



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

Case No:          13-04624    RLM    Judge: ROBYN L. MOBERLY

Case Name:    COLLINGS, ANNA MARIE

For Period Ending:  08/19/14

Trustee Name:                    ELLEN K. FUJAWA

Date Filed (f) or Converted (c):    04/30/13 (f)

341(a) Meeting Date:            06/07/13

Claims Bar Date:                09/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account; PNC Bank; Ending in 8236 | 168.76 | 0.00 | OA | 0.00 | FA |
| 2. Furniture, electronics, lamps, computer, cell phon | 640.00 | 0.00 | OA | 0.00 | FA |
| 3. Pitcures/Prints | 50.00 | 0.00 | OA | 0.00 | FA |
| 4. Clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| 5. Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 6. Group Life Insurance through employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Federal Employees Retirment System ("FERS") - pens | Unknown | 0.00 | OA | 0.00 | FA |
| 8. Earned wages not yet paid, if any. | Unknown | 0.00 | OA | 0.00 | FA |
| 9. 2006 Chevy Maibu; 62,000 miles; Value is based on | 5,450.00 | 0.00 | OA | 0.00 | FA |
| 10. 2001 Chevy station wagon; 119,679 miles; Value is | 300.00 | 0.00 | OA | 0.00 | FA |
| 11. Recovery of funds seized by creditors (u) | 0.00 | 3,405.71 | | 3,405.71 | FA |
| 12. Pro-rated 2013 federal and state tax refunds (u) | 0.00 | 7.00 | | 7.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $6,758.76          $3,412.71                        $3,412.71          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST 8-7-14

December 06, 2013, 03:37 pm :" per R& L:  no success in resposne with creditor LVNV;  will file a fee app for first

preference recovered.

IRS intercept form mailed 10-15-13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-04624    RLM    Judge: ROBYN L. MOBERLY | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | COLLINGS, ANNA MARIE | Date Filed (f) or Converted (c): | 04/30/13 (f) |
| | | 341(a) Meeting Date: | 06/07/13 |
| | | Claims Bar Date: | 09/17/13 |

Application to Employ R&L filed 9-10-13

Initial Projected Date of Final Report (TFR): 06/18/14          Current Projected Date of Final Report (TFR): 08/31/14

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                                                Ver: 18.00b

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-04624  -RLM |
| Case Name: | COLLINGS, ANNA MARIE |
| Taxpayer ID No: | *******0516 |
| For Period Ending: | 08/19/14 |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******4068  Checking Account |
| Blanket Bond (per case limit): | $ 59,173,500.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/13 | 11 | CAPITAL ONE SERVICES | recovery of garnished wages | 1229-000 | 712.48 | | 712.48 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 702.48 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 692.48 |
| 12/26/13 | 400001 | Rubin & Levin 500 Marott Center 342 Massachusetts Avenue Indianapolis, IN  46204 | Trustee Attorney Fees | 3210-000 | | 300.00 | 392.48 |
| 12/26/13 | 400002 | Rubin & Levin 500 Marott Center 342 Massachusetts Avenue Indianapolis, IN  46204 | Trustee attorney expenses | 3220-000 | | 22.94 | 369.54 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 359.54 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 349.54 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 339.54 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 329.54 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 319.54 |
| 05/12/14 | 12 | DEPARTMENT OF TREASURY | Tax Refund | 1224-000 | 7.00 | | 326.54 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 316.54 |
| 07/03/14 | 11 | RESURGENT CAPITAL SERVICES PO Box 19008 Greenville, SC  29602 | recovery of garnished wages | 1229-000 | 2,693.23 | | 3,009.77 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,999.77 |

| | | |
|---|---|---|
| Page Subtotals | 3,412.71 | 412.94 |

**FORM 2**

Page:   2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-04624  -RLM | |
| Case Name: | COLLINGS, ANNA MARIE | |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******4068  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0516 |
| For Period Ending: | 08/19/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 59,173,500.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,412.71 | 412.94 | 2,999.77 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,412.71 | 412.94 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,412.71 | 412.94 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******4068 | 3,412.71 | 412.94 | 2,999.77 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,412.71 | 412.94 | 2,999.77 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

|  | EXHIBIT A | | | |
|  | ANALYSIS OF CLAIMS REGISTER | | | |

Page 1                                                                                                                                                            Date: August 19, 2014

Case Number:   13-04624                                             Claim Class Sequence
Debtor Name:   COLLINGS, ANNA MARIE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $626.02 | $0.00 | $626.02 |
| 2<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,165.32 | $0.00 | $3,165.32 |
| 3<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | | $549.94 | $0.00 | $549.94 |
| 4<br>080<br>7200-00 | eCAST Settlement Corp.<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | Unsecured | | $2,405.68 | $0.00 | $2,405.68 |
| | Case Totals: | | | $6,746.96 | $0.00 | $6,746.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04624
Case Name: COLLINGS, ANNA MARIE
Trustee Name: ELLEN K. FUJAWA

Balance on hand $ 2,999.77

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ELLEN K. FUJAWA | $ 853.18 | $ 0.00 | $ 853.18 |
| Trustee Expenses: ELLEN K. FUJAWA | $ 88.99 | $ 0.00 | $ 88.99 |

Total to be paid for chapter 7 administrative expenses $ 942.17

Remaining Balance $ 2,057.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,341.28  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as | $ 626.02 | $ 0.00 | $ 296.71 |
| 2 | Capital One Bank (USA), N.A. | $ 3,165.32 | $ 0.00 | $ 1,500.24 |
| 3 | American InfoSource LP as agent for | $ 549.94 | $ 0.00 | $ 260.65 |

Total to be paid to timely general unsecured creditors    $         2,057.60

Remaining Balance    $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,405.68  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | eCAST Settlement Corp. | $ 2,405.68 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $         0.00

Remaining Balance    $         0.00

        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE